DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CLIFTON BEAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-0450

_____

May 17, 2024

Appeal from the Circuit Court for Sarasota County; Lee E. Haworth, Judge.

Howard L. Dimmig, II, Public Defender, and Daniel Wehking, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and William C. Shelhart, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.


KELLY, KHOUZAM, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.